# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| RAYMOND PRINE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-01721-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d)<br><br>(ECF No. 18) |

IT IS HEREBY ORDERED that fees and expenses in the amount of SIX THOUSAND DOLLARS ($6,000.00) as authorized by 28 U.S.C. § 2412(d) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **December 23, 2019**

UNITED STATES MAGISTRATE JUDGE